**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Michael Ray SHIFFLETT,
Defendant—Appellant.**

No. 04–6930.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2005.

Decided Jan. 4, 2006.

Michael Ray Shifflett, Appellant Pro Se.
Jennie M. Waering, Office of the United
States Attorney, Roanoke, Virginia, for
Appellee.

Before WILLIAMS, MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Michael Ray Shifflett seeks to appeal
from the district court's order denying re-
lief on his motion filed under 28 U.S.C.
§ 2255 (2000).* Shifflett also sought to
have the validity of his sentence reviewed
in light of the Supreme Court's recent
decisions in *Blakely v. Washington,* 542
U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403
(2004), and *United States v. Booker,* 543
U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621
(2005). We have recently held that the
rulings in these cases are not available on
collateral review to prisoners whose con-
victions became final before *Booker* was
decided. *See United States v. Morris,* 429
F.3d 65 (4th Cir.2005).

The district court's order denying relief
is not appealable unless a circuit justice or
judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1) (2000). A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that the district
court's assessment of his constitutional
claims is debatable or wrong and that any
dispositive procedural rulings by the dis-
trict court are also debatable or wrong.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683–84
(4th Cir.2001).

We have granted Shifflett's motion to
file a supplemental brief and have indepen-
dently reviewed the record, the appeal
briefs, and the Fed. R.App. P. 28(j) materi-
als submitted by Shifflett and conclude
that Shifflett has not made the requisite
showing. Accordingly, we deny Shifflett's
motion for appointment of counsel, deny a
certificate of appealability, and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

* Shifflett filed a motion to dismiss his appeal
and later filed an objection to dismissal of his appeal. In light of his objection, we deny the
motion to dismiss.

*DISMISSED*